UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 MJ 8218

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>Miguel Angel RODRÍGUEZ-Acosta,<br><br>          Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about March 11, 2008, within the Southern District of California, defendant Miguel Angel RODRÍGUEZ-Acosta did knowingly and intentionally import approximately 19.84 kilograms (43.64 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Rafael Silva, Special Agent
Immigration and Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12th DAY OF MARCH 2008.

Peter C. Lewis
U. S. MAGISTRATE JUDGE

1 | UNITED STATES OF AMERICA

2 | v.

3 | Miguel Angel RODRÍGUEZ-Acosta

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent Rafael Silva

On March 11, 2008, at approximately 2108 hours, Miguel Angel RODRÍGUEZ-Acosta entered the United States at the Calexico, California, East Port of Entry. RODRÍGUEZ was the driver and sole occupant of a 2005 Ford F-150.

CBP Canine Enforcement Officer Jones was conducting a pre-primary roving operation with his assigned dog, when the dog alerted to the spare tire of the vehicle RODRIGUEZ was driving. CBP Officer Leon escorted RODRIGUEZ to the vehicle secondary inspection area.

In Secondary inspection, CBP Officer Medina took over the inspection. CBP Officer Medina received a negative declaration from RODRIGUEZ. RODRÍGUEZ stated he was returning home from Mexicali where he had been playing tennis. During his inspection CBP Officer Medina found packages concealed inside the spare tire.

A subsequent inspection of the vehicle revealed twenty (20) packages concealed inside the spare tire. CBP Officer Medina probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 20 packages had a combined weight of approximately 19.84 kilograms (43.64 pounds).

RODRÍGUEZ was placed under arrest and advised of his rights per Miranda, which he acknowledged and waived, agreeing to answer questions. RODRÍGUEZ stated to Special Agent (S/A) Silva he did not know the vehicle contained drugs. RODRÍGUEZ also said the vehicle is under his father's name but he is the one that drives it most of the time. RODRÍGUEZ stated to S/A Silva he works with his father as a truck driver. S/A Silva then met with RODRIGUEZ'S mother who stated RODRÍGUEZ has not worked with his father for almost one year because they don't talk to each other.