FILED

08 MAR 25 PM 1:03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 0878 IEG |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| MIGUEL ANGEL RODRIGUEZ-ACOSTA, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about March 11, 2008, within the Southern District of California, defendant MIGUEL ANGEL RODRIGUEZ-ACOSTA did knowingly and intentionally import approximately 19.84 kilograms (approximately 43.64 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

CJB:fer:Imperial
3/21/08

## Count 2

On or about March 11, 2008, within the Southern District of California, defendant MIGUEL ANGEL RODRIGUEZ-ACOSTA did knowingly and intentionally possess, with intent to distribute, approximately 19.84 kilograms (approximately 43.64 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 25, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney