```
 1 | VICTOR N. PIPPINS
   | California Bar No. 251953
 2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
   | 225 Broadway, Suite 900
 3 | San Diego, California 92101-5008
   | Telephone: (619) 234-8467
 4 |
 5 | Attorneys for Defendant Rodriguez-Acosta
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE IRMA E. GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08CR0878-IEG |
| Plaintiff, ) | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| v. ) | |
| MIGUEL ANGEL RODRIGUEZ-ACOSTA, ) | |
| Defendant. ) | |

I, Miguel Angel Rodriguez-Acosta, hereby acknowledge that my next court date to appear on June 9, 2008, at 2:00 p.m. in the United States District Court for the Southern District of California.

I declare that the foregoing is true and correct.

Dated: 05/06/08

_____
MIGUEL ANGEL RODRIGUEZ-ACOSTA

N:\VNP\Ack.wpd