UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07cr3448-W |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| JUAN GUTIERREZ-BALDERRAMA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

**Fred A. Sheppard**
fred.sheppard@usdoj.gov,efile.dkt.gc1@usdoj.gov

Respectfully submitted,

DATED:   May 7, 2008               */s/ Victor N. Pippins*
                                   **VICTOR N. PIPPINS**
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Defendant
                                   E-mail: Victor_Pippina@fd.org