1  **VICTOR N. PIPPINS**
   California State Bar No. 251953
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Victor_Pippins@fd.org

5  Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE IRMA E. GONZALEZ)**

11  UNITED STATES OF AMERICA,        )    Case No.: 08CR0878-IEG
                                     )
12                  Plaintiff,       )
                                     )
13  v.                               )
                                     )
14  MIGUEL ANGEL RODRIGUEZ-ACOSTA,   )    **CERTIFICATE OF SERVICE**
                                     )
15                                   )
                    Defendant.       )
16                                   )
                                     )
17  _____ )

18          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

19  of his information and belief, and that a copy of the Acknowledgment of Next Court Date has been

20  served on May 7, 2008, upon:

21          **Peter J Mazza**
            peter.mazza@usdoj.gov,lilian.ruiz@usdoj.gov,efile.dkt.gc1@usdoj.gov
22

23                                   Respectfully submitted,

24

25  DATED:       May 13, 2008         */s/ Victor N. Pippins*
                                      **VICTOR N. PIPPINS**
26                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Defendant
27

28