(05/08)                                                                                                  May 29, 2008

**UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA**

**Petition for Warrant for Defendant on Pretrial Release**

FILED
JUN 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**Name of Defendant:** Rodriguez-Acosta, Miguel (Spanish)        **Dkt No.:** 08CR0878IEG-1

**Reg. No.:** 06088-298

**Name of Judicial Officer:** The Honorable Irma E. Gonzalez, United States District Judge

**Next Court Date:** June 9, 2008, at 2:00 p.m.

**Charged Offense:** Importation of Marijuana (19.84 kilograms)

**Date Conditions Ordered:** March 12, 2008, before the Honorable Peter C. Lewis

**Conditions of Release:** restrict travel to Southern District of California; not to enter Mexico; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; and actively seek and maintain full-time employment, schooling, or combination of both.

**Date Released on Bond:** March 17, 2008

**Asst. U.S. Atty.:** Peter J. Mazza                              **Defense Counsel:** Federal Defenders, Victor N. Pippins
(619) 557-5610                                                                      (619) 234-8467

**Prior Violation History:** None.

Rodriguez-Acosta, Miguel                                              May 29, 2008
Dkt No.: 08CR0878IEG-1                                                      Page 2

## PETITIONING THE COURT

## TO ISSUE A NO-BAIL BENCH WARRANT

The Pretrial Services officer believes the defendant has violated the following condition(s) of pretrial release:

| CONDITION(S) | | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|---|
| **(Standard Condition)** Report for supervision to the Pretrial Services Agency as directed by the assigned Pretrial Services Officer. | 1. | On May 19 and 26, 2008, the defendant failed to report to Pretrial Services for his weekly telephone contact. |

**_Grounds for Revocation:_** On March 19, 2008, the defendant signed reporting instructions (PS7) and acknowledged he is to report to Pretrial Services by telephone every Monday for his weekly contact. On May 19 and 26, 2008, the defendant failed to report to Pretrial Services for his weekly contact.

| **(Standard Condition)** Restrict travel to the Southern District of California and not to enter Mexico. | 2. | On May 15, 2008, the defendant traveled to Mexicali, Mexico, and he remains in Mexico. |
|---|---|---|

**_Grounds for Revocation:_** On March 19, 2008, the defendant signed reporting instructions and acknowledged his travel is restricted to the Southern District of California and he is not to enter Mexico. Mr. Rodriguez-Acosta advised the undersigned he traveled to Mexicali, Mexico, on May 15, 2008. The defendant further stated he remains in Mexico and can not return to the United States due to his immigration status.

**SUPERVISION ADJUSTMENT**

Mr. Rodriguez-Acosta commenced his pretrial release on March 17, 2008. Criminal computerized record checks reveal no new arrest while on pretrial release. The defendant was reporting to Pretrial Services on a weekly basis, and he last reported by telephone on May 13, 2008. Mr. Rodriguez-Acosta failed to report telephonically as instructed on May 19 and 26, 2008. On May 29, 2008, the undersigned made contact with the defendant, and he reported he was in Mexicali, Mexico, as of May 15, 2008. With this considered, Pretrial Services views the defendant's supervision adjustment as poor.

**RECOMMENDATION**

Considering the defendant failed to report to Pretrial Services as instructed and he traveled to Mexico without the Court's permission, Pretrial Services is requesting your Honor order a no-bail bench warrant for the defendant's arrest so he can be brought before the Court and show cause why his bond should not be revoked.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** 5/29/08

Respectfully submitted:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by *[signature]*
Yolanda German
U.S. Pretrial Services Officer
(760) 482-2872
Place: El Centro, California

Reviewed and approved:

*[signature]*
Carlos D. Gutierrez
Supervising U.S. Pretrial Services Officer

Rodriguez-Acosta, Miguel  
Dkt No.: 08CR0878IEG-1

May 29, 2008  
Page 4

**THE COURT ORDERS:**

__X__  AGREE, ISSUE A NO BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST SO HE CAN BE BROUGHT BEFORE THE COURT AND SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.

_____  Other _____

_____  
United States District Judge Irma E. Gonzalez

6/4/08  
Date