FILED

17 SEP 27 PM 12: 39

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _RMC_ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MIGUEL ANGEL RODRIGUEZ-ACOSTA, <br> Defendant. | Case No. 08cr878-BEN <br><br> **JUDGMENT AND ORDER OF DISMISSAL OF COMPLAINT AND RECALL ARREST WARRANT** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Complaint in the above-entitled case against defendant Miguel Angel Rodriguez-Acosta be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: 9/28/2017

HONORABLE ROGER T. BENITEZ
United States District Court Judge